IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHAN HAYES,

    Petitioner,

v.                           CASE NO. 5:14cv336-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied." The clerk must close the file.

SO ORDERED on February 22, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge